**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES ALLEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) CAUSE NO.: 1-22-cv-03044 |
| CITY OF CHICAGO, | ) |
| Special Representative of the Estate of | ) |
| Former Chicago Police Detective | ) |
| MICHAEL POCHORDO, deceased, | ) |
| Special Representative of the Estate of | ) |
| Former Chicago Police Detective | ) |
| GEORGE ROTKVICH, JR., deceased, | ) |
| and Former Chicago Police | ) |
| Sergeant JOHN E. TOENINGS, | ) |
| | ) |
|     Defendants. | ) |

## <u>JOINT MOTION STATUS REPORT</u>

Come now, the parties, by respective counsel, and for their Joint Status Report respectfully state as follows:

1. On September 21, 2022, this Court stayed this action pending the outcome of Plaintiff's post-conviction relief proceedings in a related criminal case. (*See* Circuit Court of Cook County-Criminal Division Case No. 84 C 009282; Appellate Court of Illinois-First Dist. Case No. 1-21-0404) (*See also* Doc. No. 34, September 21, 2022 Order Staying Proceedings).

2. Currently, Plaintiff's criminal appeal is still pending, and no oral argument has been set by the Appellate Court of Illinois on that matter yet.

3.    Based on Plaintiff's counsel's discussions with Plaintiff's public appellate defender, briefing is complete and  it is believed that the appeal will be set for oral argument sometime in the first half of 2023.

4.    For all the foregoing reasons, the parties submit that it will be in the best interest of judicial economy to set this matter out for further status report in March of 2023.

Respectfully submitted,

| /s/Chester L. Cameron, Jr.<br>Chester L. Cameron, Jr.<br>Samuel R. Carl<br>Brennan B. Hutson<br>Midwest Injury Lawyers, LLC<br>155 N. Wacker Drive, Suite 4250<br>Chicago, IL 60606<br>Attorneys for Plaintiff, James Allen | /s/Terrence M. Burns<br>Terrence M. Burns<br>Paul A. Michalik<br>Daniel M. Noland<br>Reiter Burns, LLC<br>311 S. Wacker, Suite 5200<br>Chicago, IL 60606<br>Attorneys for Defendant, City of Chicago |
| --- | --- |
| /s/Shneur Z. Nathan<br>Shneur Z. Nathan<br>Avi T. Kamionski<br>Warren Fasone<br>Nathan & Kamionski LLP<br>33 W. Monroe, Suite 1830<br>Chicago, Illinois 60603<br>Attorneys for Defendants John E. Toenings, and Geri Yanow as the Special Representative for the Estates of Deceased Police Officers Michael Pochordo and George Rotkovich, Jr. | |