IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES ALLEN, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 1:22-cv-03044 |
| CITY OF CHICAGO, Special Representative of the Estate of Former Chicago Police Detective MICHAEL POCHORDO, deceased, Special Representative of the Estate of Former Chicago Police Detective GEORGE ROTKVICH, JR., deceased, Former Chicago Police Sergeant JOHN E. TOENINGS, former Cook County ASA RICHARD BEUKE, former Cook County State's Attorney's Office Investigator NORFIE DICIOLLA, deceased, and COOK COUNTY, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Come now, the parties, by respective counsel, and for their Joint Status Report respectfully state as follows:

1. On September 21, 2022, this Court stayed this action pending the outcome of Plaintiff's post-conviction relief proceedings in a related criminal case. (*See* Circuit Court of Cook County-Criminal Division Case No. 84 C 009282; Appellate Court of Illinois-First Dist. Case No. 1-21-0404) (*See also* Doc. No. 34, September 21, 2022 Order Staying Proceedings).

2. On September 1, 2023, the Appellate Court of Cook County (1st Dist.) affirmed the trial court's decision to deny Plaintiff's Motion for Leave to File his Successive Post-Conviction Petition in Case No. 84 C 009282.

3. On October 5, 2023, Plaintiff filed a Petition for Leave to Appeal the September 1, 2023 Order of the Appellate Court of Illinois in the Illinois Supreme Court.

4. Ultimately, Plaintiff's Petition for Leave to Appeal the First District's September 1, 2023 order was denied.

5. Currently, the parties are engaging in discussions that may result in a withdrawal of Plaintiff's counsel or a voluntary dismissal of the action. The parties request that the Court stay the case an additional thirty (30) days to resolve these pending issues.

Respectfully submitted,

| /s/Chester L. Cameron, Jr.<br>Chester L. Cameron, Jr.<br>Samuel R. Carl<br>Brennan B. Hutson<br>Jon F. Erickson<br>Midwest Injury Lawyers, LLC<br>155 N. Wacker Drive, Suite 4250<br>Chicago, IL 60606<br>Attorneys for Plaintiff, James Allen | /s/ Kenneth M. Battle<br>Kenneth M. Battle<br>Herbert L. Stride<br>O'Connor & Battle, LLP<br>111 W. Jackson Blvd.<br>Chicago, IL 60604<br>Attorneys for Defendants, Norfie DiCiolla and Richard Bueke | /s/Terrence M. Burns<br>Terrence M. Burns<br>Paul A. Michalik<br>Daniel M. Noland<br>Reiter Burns, LLC<br>311 S. Wacker, Suite 5200<br>Chicago, IL 60606<br>Attorneys for Defendant, City of Chicago |
|---|---|---|
| /s/Shneur Z. Nathan<br>Shneur Z. Nathan<br>Avi T. Kamionski<br>Warren Fasone<br>Nathan & Kamionski LLP<br>33 W. Monroe, Suite 1830<br>Chicago, Illinois 6063<br>Attorneys for Defendants John E. Toenings, and Geri Yanow as the Special Representative for the Estates of Deceased Police Officers Michael Pochordo and George Rotkovich, Jr. | /s/ Rebecca J. Laue<br>Rebecca J. Laue<br>Cook Co. State's Atty.'s Office<br>500 Richard J. Daley Center<br>Chicago, IL 60602<br>Attorney for Defendant, Cook County | |