

**CONTACT**
Email: ccameron@midwestinjurylawyers.com
Phone: (312) 786-5881
Fax: (773) 595-4716

**ADDRESS**
155 North Wacker Drive, Suite 4250
Chicago, Illinois 60606

**CONFIDENTIAL LEGAL MAIL**

February 9, 2024

James Allen (IDOC No.: A15306)  *Via USPS Certified Mail, ERR*
P.O. Box 99                      7022 1670 0001 4574 3368
Pontiac, IL 61764                *& U.S. First Class Mail*

Re:  *James Allen v. City of Chicago, et al.*
     **Cause No. 1:22-cv-03044**

Dear Mr. Allen:

  Please allow this letter to confirm our telephone conversation on February 9, 2024. For the reasons discussed, our firm (including all our attorneys), as well as Sam Adam, Jr. Law Group and Jon Erickson & Associates, will be withdrawing its representation of you in all matters, including but not limited to the above-captioned matter. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

  On February 19, 2024, our office will file a motion to withdraw in the above-captioned matter. Once our motion is granted, we will no longer accept any professional responsibility on your behalf, and you will need to promptly obtain new counsel to pursue any claims that you have. Although we will ask the Court to allow you sixty (60) days to find new counsel, the amount of time that you will be permitted to obtain new counsel will be a decision that the Court will make. We will mail you all orders pertaining to our withdrawal and your deadlines to have new counsel appear.

  We wish you all the best in your future endeavors.

                Yours truly,

                /s/ Chet Cameron

                Chet Cameron