# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 22-cv-3044 |
| v. | ) |
| | ) Judge Elaine E. Bucklo |
| CITY OF CHICAGO, Special Representative of the Estate of Former Chicago Police Detective MICHAEL POCHORDO, deceased, Special Representative of the Estate of Former Chicago Police Detective GEORGE ROTKVICH, JR., deceased, and Former Chicago Police Sergeant JOHN E. TOENINGS, former Cook County ASA RICHARD BEUKE, former Cook County State's Attorney's Office Investigator NORFIE DICIOLLA, deceased, and COOK COUNTY, | ) Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) |

## DEFENDANTS' JOINT STATUS REPORT

Defendants, by their respective attorneys, for the joint status report ordered by this Court on February 22, 2024 (Dkt. #62), respectfully state as follows:

1.  On September 21, 2022, this Court stayed this action pending the outcome of Plaintiff's post-conviction relief proceedings in a related criminal case. (See Circuit Court of Cook County-Criminal Division Case No. 84 C 009282; Appellate Court of Illinois-First Dist. Case No. 1-21-0404) (See also Doc. No. 34, September 21, 2022 Order Staying Proceedings).

2.  On September 1, 2023, the Appellate Court of Cook County (1st Dist.) affirmed the trial court's decision to deny Plaintiff's Motion for Leave to File his Successive Post-Conviction Petition in Case No. 84 C 009282.

3.      On October 5, 2023, Plaintiff filed a Petition for Leave to Appeal the September 1, 2023 Order of the Appellate Court of Illinois in the Illinois Supreme Court. Ultimately, Plaintiff's Petition for Leave to Appeal the First District's September 1, 2023 order was denied.

4.      In the January 16, 2024 joint status report, the parties indicated they were in discussions that might result in the withdrawal of Plaintiff's counsel or a voluntary dismissing of the action. Plaintiff made a settlement demand as to the City defendants, which the City defendants accepted, but were subsequently advised by Plaintiff's counsel that Plaintiff was rejecting the settlement and wished to go forward with the litigation.

5.      On February 20, 2024, Plaintiff's counsel filed a motion to withdraw, which was granted by the Court on February 22, 2024. (Dkt. #62). In that order, the Court directed Plaintiff to file a pro se appearance or retain an attorney with a filed attorney appearance within 21 days (which was March 14, 2024). (*Id.*) As of the preparation of this status report, no attorney or pro se appearance has been filed by or on behalf of Plaintiff.

                                                            Respectfully submitted,

/s/ Kenneth M. Battle                                       /s/ Paul A. Michalik
Kenneth M. Battle                                           Terrence M. Burns
Herbert L. Stride                                           Paul A. Michalik
O'Connor & Battle, LLP                                      Daniel M. Noland
111 W. Jackson Blvd.                                        Reiter Burns, LLC
Chicago, IL 60604                                           311 S. Wacker, Suite 5200
*Attorneys for Defendants, Norfie DiCiolla and*             Chicago, IL 60606
*Richard Bueke*                                             *Attorneys for Defendant, City of Chicago*

| | |
|---|---|
| /s/Shneur Z. Nathan | /s/ Rebecca J. Laue |
| Shneur Z. Nathan | Rebecca J. Laue |
| Avi T. Kamionski | Cook Co. State's Atty.'s Office |
| Warren Fasone | 500 Richard J. Daley Center |
| Nathan & Kamionski LLP | Chicago, IL 60602 |
| 33 W. Monroe, Suite 1830 | *Attorney for Defendant, Cook County* |
| Chicago, Illinois 6063 | |
| *Attorneys for Defendants John E. Toenings, and Geri Yanow as the Special Representative for the Estates of Deceased Police Officers Michael Pochordo and George Rotkovich, Jr.* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 21, 2024**, I electronically filed the foregoing Defendants' Joint Status Report with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to counsel of record.

*/s/ Paul A. Michalik*
