# EXHIBIT D

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Kevin Bailey

Plaintiff,

v.

Case No.: 1:19–cv–00197
Honorable John J. Tharp Jr.

City of Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 12, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant's motion for protective order [37] is granted. Enter Order. The purpose of the discovery process governed by the Federal Rules of Civil Procedure is limited to the development of evidence relevant to the litigation, not to provide an alternative means for the public dissemination of governmental records outside the IFOIA process. With specific reference to the parties' dispute concerning dissemination of CR files, the Court approves the process requested by the defendants. Copies of CR files, with redactions limited as set forth in paragraph 5, will be produced to the plaintiffs in discovery and may be used only for purposes of this litigation. To the extent that the plaintiffs seek to disseminate CR files to third parties not bound by the protective order, they must obtain copies of those files through the IFOIA process. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.